## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY DELON GORDON, SR., Individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No. CIV-17-1196-M |
| v. | ) **NOTICE OF PENDING**<br>) **SETTLEMENT** |
| SPECIALIZED LOAN SERVICING LLC; | )<br>) |
| Defendant. | ) |

To:   The Clerk of Court

PLEASE TAKE NOTICE THAT the above-captioned matter is pending settlement. Plaintiff COREY DELON GORDON, SR. ("Plaintiff") expects for settlement terms to be completed within forty-five (45) days of this notice, at which point Plaintiff thereafter intends to file a notice of dismissal *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 29, 2017

s/ Brian L. Ponder
Brian L. Ponder, Esq. (NY: 5102751)
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFFS

1

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon Defendant via USPS mail.

Respectfully submitted,

Dated: November 29, 2017

s/ Brian L. Ponder
Brian L. Ponder, Esq. (NY: 5102751)